# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PLACIDE J. JUMONVILLE

VERSUS

EMILIE RUSSO SCHENCK, DDS

NO.  2019 CW 0193

**SEPTEMBER 26, 2019**

---

In Re:   Placide J. Jumonville, applying for rehearing, 22nd Judicial District Court, Parish of St. Tammany, No. 201714891.

---

**BEFORE:   McDONALD, McCLENDON, and CRAIN, JJ.**

   **APPLICATION FOR REHEARING DENIED.**

                           JMM
                           PMc
                           WJC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT